917 A.2d 783

STATE IN THE INTEREST OF C.A.

(C.A.,—PETITIONER).

February 8, 2007.

Denied.

917 A.2d 783

STATE IN THE INTEREST OF L.R.

(L.R., PETITIONER)

February 8, 2007.

Denied.

917 A.2d 783

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
MICHAEL GRIMALDI, DEFENDANT–PETITIONER.

February 15, 2007.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale* 184 *N.J.* 458, 878 *A.*2d 724 (2005).